**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| -vs- | : | Criminal No. 3:03 cr 95 (PCD) |
| | : | |
| JAIRO CALDERON | : | |

ORDER ON MOTION TO SEAL

    Defendant's motion to Seal (Doc. #37) is hereby GRANTED.

SO ORDERED.

Dated at New Haven, Connecticut, November 4, 2004.

                            /s/_____
                                    Peter C. Dorsey, Senior
                                    United States District Judge