UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Crim. No. 3:03CR95(PCD) |
| JARIO CALDERON | : | February 10, 2005 |

**<u>UNITED STATES' UNOPPOSED MOTION TO CONTINUE SENTENCING</u>**

The United States of America, by and through the undersigned Assistant United States Attorney, hereby submits this motion to continue the sentencing in this matter. In support of this motion, the government submits as follows:

1. Sentencing is presently scheduled for March 10, 2005.

2. Government counsel is scheduled to be out of state on previously scheduled annual leave from March 7-16, 2005.

3. Defendant does not oppose this motion.

Wherefore, the government respectfully requests that this matter be continued for a date convenient with the Court after March 16, 2005.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

  /s/
MARK D. RUBINO
ASSISTANT UNITED STATES ATTORNEY
157 Church Street
New Haven, Connecticut 06510
Tel. (203) 821-3732
Federal Bar No. CT03496

## CERTIFICATION OF SERVICE

      This is to certify that the foregoing has been sent via U.S. mail this 11th day of February, 2005

to:

Frank O'Reilly, Esq.
87 Ruane Street
Fairfield  CT 06430

Mark Myers
U.S. Probation Office
New Haven, CT

                                                              /s/
                                        MARK D. RUBINO
                                        ASSISTANT UNITED STATES ATTORNEY