UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

AMENDED Sentencing Calendar

Honorable Peter C. Dorsey, U. S. D. J.
141 Church Street
New Haven
Courtroom #1

**March 18, 2005**

** 9:00 A.M.**

**PLEASE NOTE: Rescheduled from March 10, 2005**

REMEMBER A SPECIAL ASSESSMENT ON EACH COUNT OF CONVICTION MUST BE PAID AT THE TIME OF SENTENCING.

CASE NO.   3-03-cr-95 (PCD)   USA v. Jairo Calderon

    COUNSEL OF RECORD:

| | |
|---|---|
| Mark D. Rubino, AUSA | U.S. Attorneys Office, 157 Church St., 23rd Fl., New Haven, CT 06510     203-821-4880 |
| Francis L. O'Reilly, Esq. | 87 Ruane St., Fairfield, CT 06430<br>203-319-0707 |
| Mark Myers, USPO | U.S. Probation Office, 157 Church St., New Haven, CT 06510<br>203-773-2100 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK