UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
United States v. Jairo Calderon     No. 3:03CR95(PCD)

| | |
|---|---|
| Contents: | Motion for Continuance of Sentencing |
| Judicial officer: | Peter C. Dorsey |
| Attorney: | Francis L. O'Reilly |
| Date sealed: | |
| Date unsealed: | |

The Clerk if the Court is directed to seal the contents of this envelope until further order of the court
        SO ORDERED this _____ day of _____, 2005, at _____, Connecticut.

_____

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| V. | : | CRIM NO. 3:03CR95(PCD) |
| JAIRO CALDERON | : | March 14, 2005 |

## MOTION TO SEAL

Pursuant to Local Rules of Criminal Procedure, Rule # 8, counsel for the Defendant Jairo Calderon, hereby request Defendant's Motion for Continuance of Sentencing dated March 14, 2005, to be filed under seal. In support of this motion, Defendant submits the attached Motion of Continuance.

                    THE DEFENDANT
                    JAIRO CALDERON

                    _____
                    Francis L. O'Reilly, CT 17505
                    87 Ruane Street
                    Fairfield, CT 06430
                    Phone 203-319-0707
                    Fax 203-319-0707

## CERTIFICATION

I herby certify that a copy of the foregoing motion was mailed this 24th day of October, 2003, to:

Mark D. Rubino, Esq. AUSA
157 Church Street
New Haven, CT 06510

                    _____
                              Francis L. O'Reilly

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
United States v. Jairo Calderon        No. 3:03CR95(PCD)

Contents:           Motion of Continuance
Judicial officer:
Attorney:           Francis L. O'Reilly
Date sealed:
Date unsealed:

The Clerk if the Court is directed to seal the contents of this envelope until further order of the court
            SO ORDERED this _____ day of _____,
2003, at _____, Connecticut.

                                             _____