**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| V. | : | CRIMINAL NO. 3:03CR95 (PCD) |
| JAIRO CALDERON | : | April 12, 2005 |

**MOTION FOR ENLARGEMENT OF TIME FOR SELF SURRENDER**

  The Defendant through undersigned counsel respectfully moves this Court for an enlargement of time to self surrender. The undersigned wishes to extend the time for self surrender up to and including June 22, 2005. The defendant in the above-captioned matter needs the additional time to consummate the sales of his businesses, and real estate properties. (See Attached) Mr. Calderon further has to arrange the family dealings with regard to his mother, brother and girlfriend. For all of the above reasons the undersigned counsel for the defendant respectfully requests that the honorable Court grant this request.

        THE DEFENDANT
        JAIRO CALDERON

        _____
        Francis L. O'Reilly, CT 17505
        87 Ruane Street
        Fairfield, CT 06430
        Phone 203-319-0707
        Fax 203-319-0707

<u>CERTIFICATION</u>

    This is to certify that a copy of the foregoing was mailed, postage paid, this date to the following:

Mark D. Rubino, Esq. AUSA
157 Church Street
New Haven, CT 06510

                                                               _____
                                                                Francis L. O'Reilly