## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

       V.                                      CASE NO. 3:03 CR 95 (PCD)

JAIRO CALDERON

## **AMENDED JUDGMENT**

     It is hereby Ordered that the Judgment and Order of Commitment entered by this Court in the above-entitled case on March 21, 2005 be amended as follows:

     **"Defendant shall voluntarily surrender to the U.S. Marshal for this district, on June 22, 2005 on or before 12:00 noon, or at such other time and place as designated by the Bureau of Prisons."**

     In all other respects the Judgment & Order of Commitment entered by this Court on March 21, 2005 remains the same.

     It is So Ordered.

     Dated at New Haven, Connecticut, this 22th day of April, 2005.


                                           /s/ _____
                                           Peter C. Dorsey, Senior Judge
                                           U.S. District Court